AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 25 Cr. 417 (JSR) |
| NASIR PARSONS | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nasir Parsons.

Date: 09/24/2025

Anthony L. Ricco /s/
*Attorney's signature*

Anthony L. Ricco #1765098
*Printed name and bar number*

20 Vesey Street
Suite 400
New York, New York 10007
*Address*

tonyricco@aol.com
*E-mail address*

(212) 791-3919
*Telephone number*

(212) 791-3940
*FAX number*