UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

UNITED STATES OF AMERICA

\- v. -

FAISIL McCANTS and NASIR PARSONS,

Defendants.

------------------------------------- x

**STIPULATION**

25 Cr. 417 (JSR)

IT IS HEREBY STIPULATED AND AGREED, by and among the United States of America, by Alexandra Messiter, Kathryn Wheelock, and Brandon Harper, Assistant United States Attorneys; defendant Faisil McCants, by his attorneys, Amy Gallicchio and Michael Arthus; and defendant Nasir Parsons, by his attorney, Anthony Ricco, that:

1. The parties held a joint telephone conference with Chambers on November 6, 2025. During that conference, Mr. McCants made an unopposed motion for the Court to extend certain deadlines so that Mr. McCants could have additional time to consider the government's current plea offer.

2. The Court has granted Mr. McCants' unopposed motion as follows:

    a. The deadline for Mr. McCants to respond to the government's plea offer is extended to December 3, 2025;

    b. The deadline for the filing of defense motions is extended to December 4, 2025; and

    c. The deadline for the government to file a superseding indictment as to either defendant is extended to December 8, 2025.

3. The parties acknowledge understanding the Court's directive that the extension of the government's deadline to supersede does not alter the firm trial date of January 12, 2026. The parties understand they must continue to prepare for trial.

Dated:   November 7, 2025
         New York, New York

/s/ Alexandra Messiter
ALEXANDRA MESSITER
KATHRYN WHEELOCK
BRANDON HARPER
Assistant United States Attorneys

/s/ Amy Gallicchio
AMY GALLICCHIO
MICHAEL ARTHUS
Attorneys for Faisil McCants

/s/ Anthony L. Ricco
ANTHONY RICCO
Attorney for Nasir Parsons

SO ORDERED
_____
         JSDJ
11-10-25